UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SONIA ARROYAVE,

              Plaintiff,

v.

UNIVERSAL REMOTE CONTROL, INC.;
JIN CHANG; and CHANG PARK,

              Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 8040 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

        Defendant having filed a partial motion to dismiss (Doc. #25), it is hereby ORDERED that:

    1.      The motion to dismiss is DENIED.

    2.      Defendants shall file an answer to the second amended complaint by August 23, 2021.

    3.      By separate order, the Court will schedule an initial conference for **October 6, 2021, at 3:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision.

    4.      By **September 29, 2021**, counsel shall complete and file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

    5.      The Clerk is instructed to terminate the motion. (Doc. #25).

Dated: August 9, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.