UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SONIA ARROYAVE,
               Plaintiff,
v.                                                                                          **ORDER**

UNIVERSAL REMOTE CONTROL, INC., JIN    20 CV 8040 (VB)
CHANG, and CHANG PARK,
               Defendants.
--------------------------------------------------------------x

       As discussed at a conference held today, it is HEREBY ORDERED:

       1.      By **October 20, 2022**, defendants shall file a pre-motion conference letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices.

       2.      By **November 3, 2022**, plaintiff shall file a response to defendants' pre-motion conference letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices.

       3.      A pre-motion conference is scheduled for **November 16, 2022, at 11:00 a.m.**, in Courtroom 620 at the White Plains courthouse.

Dated: October 13, 2022
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge