UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SONIA ARROYAVE,
                Plaintiff,

v.                                                                          **ORDER**

UNIVERSAL REMOTE CONTROL, INC., JIN    20 CV 8040 (VB)
CHANG, and CHANG PARK,
                Defendants.
--------------------------------------------------------------x

        As discussed at a conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

        1.    By **November 20, 2023**, plaintiff's counsel shall file a joint letter regarding the status of settlement discussions, including whether referral to the Court-annexed Mediation Program or a Magistrate Judge for a settlement conference would be helpful.

        2.    By **December 11, 2023**, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

        3.    By **January 22, 2024**, the parties shall submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

        4.    By **January 29, 2024**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

        5.    A final pre-trial conference will be held on **February 20, 2024 at 2:00 p.m.**

        6.    Jury selection and trial are scheduled to begin on **February 26, 2024 at 9:30 a.m.**

Dated: October 19, 2023
          White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge